Rebel AC Inc number 17 dash 3607. Mr. Moskovitz and mr. Cooper Whenever you're ready Good Morning your honors Stuart J Moskovitz on behalf of the appellant Polo North Country Club Inc a Lot of hills to climb here We we think we have This whole issue in this case really and The appellee had pointed out in their briefs and it's absolutely correct The property has been resold so we don't care about the future rents Well, then let's go back in time since you don't care about the future, right? Okay, so my question to you is aren't you jurisdictionally barred in some way from reviewing the bankruptcy courts? June 2015 determination that Polo North had quote stepped into the shoes of the debtors and Was thus quote now treated as the landlord with both the benefits and burdens 365 H Given them that you did not file an appeal from that decision You're absolutely correct and that's an interesting point for this reason both parties are barred because neither party appealed what that decision Back then said is that the tenant has possessory rights? We don't dispute that this appeal is not about the possessory rights this appeal There's a salt the sole issue in this case is whether the monthly rent to be paid or to have been paid by the tenant Can be used to tie the into the divisions of something that had nothing to do with the rent Let's put that point aside just for a moment. Are you barred in any way? We're barred from disputing possessory rights. That's it. Yes Because the June opinion that you referred to I'm sorry. I meant to reserve three minutes as it's fine. Okay The opinion that you referred to does not say anything about this issue that came up later So there's no race judicata as to that there is a race judicata as to the issue of Liabilities, there is race judicata in terms of the sales order Which quite clearly indicated that Polo was purchasing this without liabilities Well, the sale order is an interesting reference point Let's take a look at that so when we look at paragraph 11 The sale order it says just as you say it says But when you look at paragraph 14 and 18, right, it would appear that Those clearly undercut that so I'm happy to read it into the record, but I'm sure you're right infinitely familiar with it So how about that? Okay. Here's why it does not undercut our argument Paragraph 14 does say as you indicated that the rights of set-off and recruitment are preserved But they're preserved against the debtor Because you have other paragraphs that make that clear you have to read the contractor I thought it says it's preserved notwithstanding the debtors assignment of any rights claims or defenses That's right But it's preserved against the debtor if you take you have to read any kind of order in in Context so that you can give weight give credibility give effect to every provision So, how do we do that take a look at paragraph 29 29 is there's an it says there's no exception for set-off or recoupment of the release of any liabilities other than possessory interest and expressed assumed liabilities and to quote it directly the provisions of the sales order authorizing the sale and assignment of the assets free and clear of all liens claims encumbrances and interests other than permitted encumbrances assumed liabilities and possessory interests shall be self-executing all liens claims encumbrances and other interests on or against such assets other than the permitted occurrences, etc How do you? That's great. But how do you get around 18? You have to be able to read 18 again in context with 29. You have the same situation. Let me pull out 18 18 Says while you're looking so that's in the record nothing Not withstanding anything to the contrary in this sale order or the agreed the sale of assets to purchaser pursuant to the sale order shall not be free and clear of one any existing tenancies and or Possessory interests of the amenity tenants ACR and IDE a respectively pending the debtors rejection pursuant to section 365 of bankruptcy code of the agreements containing such tenancies and or possessory interests in parents the possessory agreements and Obviously, there's another reference to 365 H after that and to any rights Collected to be retained by each of the non-debtor counterparties to the possessory agreements pursuant to section 365 H of the bankruptcy code After the debtors rejection of the respective possessory agreements, so help me with that Okay, and the answer is reading that in context with 29 It's not inconsistent with paragraph 29 and the reason is if you take a look at it, it says fine It's the possessory interest its rights elected to be retained by the non-debtor card counterparties under the bankruptcy code 365 H does not provide any requirement that a purchaser in good faith of an asset Suddenly has all kinds of liabilities The 365 H doesn't prevent the sales order as it states that we take this free and clear of any liability What do the what do the words shall not be free and clear mean in this context It means shall not be free and clear as to those items not as to every single item imaginable How is that? What's the language? Well, it was to derive that okay It says shall not be free and clear of and then it's enumerated It's not a general provision the existing tendencies and our possessory interests, which were not challenging Any rights elected to be retained by the non-debtor counterparties pursuant to section 365 H and we know what that is so what rights of What rights of ID a are covered and are not covered based on your interpretation under 365 H the clear language is they retain the Possessory interest the case law makes it very clear that the possessory interest include things that are pertinent To the possessory interest in other words while the lease itself Doesn't survive the language in the lease with respect to what do you pay for rent? What's your term your right to possess those things that are pertinent to the possessory interest? That's all 365 H is Understand why why aren't all of the items that ID a by ID a Negotiated for fall within the ambit of that because those are not a pertinent to possessory interest It doesn't say a pertinent to the tenancy it says a pertinent to the possessory interest and case law is very clear about that and You wouldn't I'm sorry. It says any existing tendencies and Possessory interest, that's right In other words the tenancy the second ago that it doesn't say tenancies. No, I said it doesn't include liabilities I didn't say it doesn't include tenancies. Yes, but no I did say the lease I said the lease is not you can't look at everything in the lease as surviving It doesn't but anything with respect to the possessory interest does survive. That's the distinction Okay, my problem I go back to short paragraph you've got 363 F and it says free and clear and H says that if you reject the lessee has to Continue on you got a sale order paragraph 14 that judge greener ways already noted and it says that any rights Claims and defenses of ID a the debtors and polo with respect to the ID a adversary proceeding as each may be amended are preserved Not withstanding the debtors assignment of any of their rights claims and defenses to polo and you're saying somehow that's overridden by something else Here's what I'm saying. I'm saying it's not overwritten I said it's consistent if you read these paragraphs together take a look at paragraph 11, which is on 332 of our appendix It says the set this sale order is and shall be effective as a determination That all liens claims encumbrances and interest other than permitted encumbrances assumed liabilities and possessory interest shall be and are without further action by any person released with respect to the assets as of the closing date and the end of that paragraph says all persons and all holders of liens based upon Arising out of or related to liabilities retained by the debtors shall not take any action against the purchaser What's this got to do with liens, I mean, this is a this is a lease that's continuing on and They owe you rent and under the lease if it continues on they have certain Deducts if you will two answers to that first the next phrase that I was getting to was Including asserting any set off right of subrogation or recruitment recruitment of any kind to recover any claims secured by liens or on account of Any liabilities of the debtors other than the assumed liabilities that couldn't be any clearer Well 14 is pretty clear too, and then you've run into the problem in the our Folger case Judge Manman Manson wrote that free and clear of any interest under 363 F does not include defenses to claims 365 It does not include defenses With respect to the debtor in other words if you reject the lease you have claims against the debtor but the whole point of Bankruptcy proceeding is that you have to be able to sell your assets if you take a look at paragraph P of the sales agreement That makes it clear The purchaser would never have purchased this property. It's state right there You have the right to sell your assets and 363 is pretty clear except that there are some exceptions like H Possessory interests are an exception of pertinent to possessory interests are an exception the other H be a dead letter if Its protections could be circumvented at any time at the We're not circumventing the protections with anything with respect to with 365 H covers We're saying fine. That's why we're not appealing the possessory interest. We're not appealing the rent We're not appealing anything that is a pertinent to the possessory interest what we're appealing is An issue about even the bankruptcy judge said it's not part of rent And that's the key here And that's how it's this difference from the Flagstaff case because very clearly in the Flagstaff case it was made a part of the rent you know we you know as you saw in the briefs when you're dealing with the issue of recoupment you use state law and In Pennsylvania, I'm sorry in New Jersey in New Jersey Right before you get there you only raise that and you're in your reply brief It didn't say that in your in your opening brief. It's still accurate all right well, okay, but You know we reply to the argument that they made yeah, but you've got to answer his procedural question If it only comes up in your reply brief, that's problematic well, I mean the law is what what it is and the laws is If I could just answer you're on our time out of time you're on our time, okay, all right We're not letting you leave, okay All right in New Jersey Recoupment requires three things it requires a single transaction It requires an identity of interest and it requires the equities That's how you get to recoupment and this whole case is about recoupment. That's all we're talking about all right There is no single transaction Polo North had nothing to do with the construction of this property Polo North purchased this property negotiated a price with the idea that they weren't going to have liabilities It's not a single transaction, so you'd characterize the recoupment amounts as liabilities. Yes, absolutely so And it says so you're saying you didn't assume those liabilities, right right, but is IDEA seeking to recover any money from Polo Yes, this whole case is about a six million dollar aren't they really seeking just to reduce their rent no No, they're not seeking to reduce there. Let me let me explain because it's complicated. This is not a simple factual pattern There's a six million dollar approximately pot that was put aside because there was a dispute between the debtor and IDEA as to what percentage they should be getting because of various issues with respect to the construction So that money was put aside and never resolved by the time my client purchased the property The lease itself has two separate provisions one is you pay the monthly rent Monthly, okay, and it's based on a formula now the teller is right that Calculations you make are very very similar with respect to the rent and with respect to the construction recoupment But that doesn't make them the same transaction or identical because just because you calculate it in a similar fashion You have a provision that says you pay this rent monthly without set off or recoupment And then you have another provision entirely which says oh by the way if you paid Construction if you paid the construction amounts and that's in dispute, but not important for here. That's if it ever gets to that point If you paid those amounts You're entitled on a quarterly basis has nothing to do with rent on a quarterly basis to a calculation Where the owner of the the owner has to give you a certain amount of money, so we're not a reduction of rent Think about this as an integrated contract in which there are pluses and minuses as you look at the contract Had this had a rebel not going into bankruptcy. I would agree with you once they go into bankruptcy Then we have to say what's the effect of bankruptcy? We don't want to Negate Bankruptcy in and of itself I am NOT a bankruptcy expert I'll admit that but doesn't kind of make sense it just because it goes into bankruptcy we sort of turn aside all of our thoughts on equity and How we should read contracts is you know an integrated document any creditor Who has claims and many of them did against the estate as that same argument? But bankruptcy court law is very clear you lose your claim It gets thrown into the pot if you were to say by the way IDEA gets paid what they're entitled to but nobody else does that's a preference that's specifically excluded by the bank What what does 363 H mean? What does it mean I mean in effect If you're of an effect, you're saying that rebel going into bankruptcy Causes an increase in IDEA's overall cost to rent the premises right Isn't that the end result? No We can't recoup now the rent remains the same what they do is they lose their claim Against the debtor because of the bankruptcy and they have a separate claim. What is 360? What is 363? 363 or them that preserves their possessory interests and those things that are pertinent to the possessory interest And in other words, nobody can raise the rent Nobody can shorten the term. Hey, if we go your way the consequences of that ain't real good, are they? The consequences of bankruptcy are never good for the creditors. I mean Wells Fargo lost Tens of millions of dollars in this case. It's not hundreds of millions of dollars. The consequences of bankruptcy are not good for anybody However, one of the One of The issues here and it's spelled out and they couldn't be any clearer in that paragraph P That the debtor needs to get he's saying clear. I've never seen a less clear document. Well, I'm talking about paragraph P I didn't write any of these documents. Okay paragraph P The last part of paragraph P says listen the debtor would never have gotten this amount of money It specifically says that out in the sales Agreement, we would never have gotten what we got for this and I understand it's relatively small compared to the cost of the building But it is what it is We would never have gotten this if in fact we could not release the purchaser from the liabilities So the estate which eventually got distributed the estate benefited From these clauses, that's the equity the estate benefited As far as IDEA is concerned They got to stay there and the purchaser if you talk about equity the purchaser believed that we negotiated a price He was getting what the agreement said he was getting what the order said How do you square that with I mean the the lease itself says that the recruitment? Recoupment provision was a material inducement in entering in the first place Yeah, you're seeming to say I understand thrown to the side. Let's assume you have an invoice for construction Let's assume it's not the tenant Let's assume it's a builder Builder comes in and he says look are getting paid You know within a certain period of time is an inducement for our entering into this contract that doesn't preserve it in bankruptcy What would you know? What would the focus here has to be on the fact that the recoupment of construction costs really is a separate? Liability just happens to be in the lease, but it's a separate liability It's not a reduction of rent and that's the threshold issue If it's not a reduction of rent like it wasn't five step if it's not a reduction of rent Then it's treated like any other liability in bankruptcy Can I ask you Well, I was actually gonna You go ahead Tom I was gonna ask something it's something what does three I could go back What is 363 H protect against it protects against the tenant being thrown out by the purchaser it protects against the purchaser? Increasing the rent it protects about the purchase. It also says the lessee may retain its rights under the lease possessory rights Just possessory rights right and a pertinent. That's what we change that real quick. Can't we pardon? I mean, where's it say just possessory rights? What's to say that what page are you looking at? I'm looking at 363 H. No, no. No, I'm sorry. I It's in the it's I have it in the appendix somewhere. I'm looking at the cost action. Okay. All right I don't have I don't have that in front of me. I apologize It says if the term of such lease has commenced the lessee may retain its rights under the such lease Including rights such as those relating to the amount and timing of payment of rent and other amounts payable by the lessee in any right To use possession quiet enjoyment, etc, etc, etc Right and and that are in or a pertinent to the real property and and you judge Kaplan and judge ship have said If they're the lease has recoupment rights or in effect I call them deducts from rent That continues on the last phrase that you read before you started to explain it defines that paragraph which says Exactly what I said, which is accessory rights It qualifies the entire paragraph you're asking we're being asked to interpret it as our judges ship and Kaplan Right, and and you're and you cannot ignore that phrase. I'm not ignoring it Okay that modifies everything your opponents are not ignoring it either pardon and your opponents not ignore No, I understand it But you you that modifies 360 it modifies the entire section It says with respect to exactly what I said to possessory rights. Those things are pertinent. Where does it say possessory rights? You say you just you just read that but it puts the possessory rights are in the lease Because that's not nice enough at 365 I mean all of the cases that ever talked about that statute I'll always define it as possessory rights and they expand it in a sense to those things Staff says that H says that a tenant is entitled to remain under the same rental terms as our set forth in the lease and you're Saying black staff that doesn't mean anything here because that's not what I'm saying What I agree 100% with what you just said they have the rights exactly what I've been saying They have the right to remain there under the same rental terms. No one's questioning that What we're questioning is whether they have a right to set off a liability when the purchase agreement was free and clear of the liability and the sales order How How is it that you can define that as a liability? Rather than as an essential term of the lease which was Freely negotiated and why wouldn't that? Be Ascribed to the subsequent purchaser the the answer to that is Those two things are not mutually exclusive It was an essential term of the lease We're not denying that what we are saying and all the case law says that when you're dealing with bankruptcy when you're dealing with tenants They don't get to keep every term of the lease They get to keep their possessory interests and they get to keep those things that are pertinent to the possessory interest Quite a few No, I give me your best Well We'll get you back on rebuttal on that what when we when we get up with mr. Cooper and then we'll go from there Okay, it starts actually on page 13 of my brief. I've got the flagstaff case in there and I have well, unfortunately I Believe that if I can speak for my colleagues, you may have a different view of flagstaff than you do So maybe you want to give us another case What I was saying with respect to flagstaff is flagstaff very clearly noted the opposite of what the bankruptcy judge noted here that in flagstaff the lease makes that liability a Part of the rent and the bankruptcy judge here admitted it's right there in his opinion That there is no provision in this lease That says that this liability is part of the rent He said he looked he couldn't find it This is you actually started with this but I yeah, we've got to be sure The right folks are in front of us. They then in the briefs you said you sold the lease to another party What did you retain? Are you properly before us? In other words, what's your stake in the dispute right now when we purchased the assets? We purchased the building and we also purchased the six million dollar pot It's it's specific. Okay address. We sold the building. We did not sell the six million dollar pot So we're here on solely on basis of the six million dollar pot. Okay You May please the court Jeffrey Cooper and Barry Roy on behalf of IE a boardwalk LLC the appellee and if appropriate may I reserve three minutes for a rebuttal now on You go to straight 15 minutes. That's what I thought. Thank you It will a bankruptcy court the answer Thanks judge Your honor as your honor knows This is the second time that idea has been before this court in order to preserve its right under the lease in the light of the pending RV now Had another a couple of bites of this apple that that's correct judge the first time around This course. Oh, sorry. I'm gonna interrupt you because really we've all read His background stuff, let's just jump into it. Absolutely. So help us on on the Sale order interpretation that your adversary had right? So he thinks that there are four Paragraphs that are relevant for our consideration right 11 14 18 and 29, right? In looking at them. I I seem to I Have asked whether 14 and 18 don't undercut the interpretation he had Paragraphs 11 and 29 so I'm sure you've given it a lot of thought help us Certainly judge. I think initially the preservation of the various defenses including recruitment and setup deal with the claim And I did the claim that's really involved here once the Apollo entity sold the lease is really what the claim is that's due and owing up to the time that casino closed And that's really the issue that I think is remaining. I know it was it was set forth in one of the briefs of the Appellant, but to answer your question specifically The the rights belong to the claim not to a party and if you look at cases like Folger Adams and other cases even when a claim is sold to a third party if it is the subject of a recoupment that recoupment is not Eviscerated by the sale so that the ultimate defendant can still raise it against that third-party Ascini of the claim of the of the estate he seems to have argued that the distinction to be drawn is between the possessory interest which would continue and Thinking of the the recoupment as a liability which would be outside of the interpretation That he ascribes to 14 and 18 on the one hand and 11 and 29 on the other. That's what I need you to Understood judge I think specifically with regard to the language of 365 H and I and I will just mention 365 H I think is relevant if we talk about the lease going forward if we're simply talking about the time before the sale of the lease or before the rejection of the lease then candidly the 363 F is related the the court and Folger Adams says that recoupment survives And I think the case is a relatively easy case if you limit to that time frame, but I'll address your issue specifically judge 365 H as quoted by Judge Ambrose Ambrose does not limit the language to Possession and specifically it includes Those rights such as those relating to the amount and timing of the payment of rent and other amounts payable by the lessee and Leaving aside the issue is whether the language of a pertinence limits that and I'm not quite sure how it limits it but the language that I've just quoted within the parentheses is The point that judge Kaplan raised with regard to the preservation of the recoupment judge Kaplan did find That and we argued but lost that the right to the offset the recoupment was part and parcel of the definition of Quote-unquote rent reserved under the lease. We've lost that the judge said the lease is too vague It's not clear what's going on. And therefore I'm not going to roll that I will rule in fact, though that the language that says the the rights relating to the amount and timing of payment of And other amounts payable by the lessee is Still in existence and I'm going to find that within the definition of recoupment The right for the set-off is within this particular provision of 365 H So he protects on a 365 H again We suggest that if you don't look at H going forward the 365 363 F protects it But that's part of it. And again very important judge on some of these definitions for example paragraph 29 of the sale order Yes does not talk about defenses again It parallels the language of these other cases that talks about liens claims and conferences interest and as this court And I think it's set a law in the Third Circuit Discussed in Folger Adams Defenses are not included and they're not included in in the 365 F a cleansing if you will at 363 F I'm sorry, and they're not included even in paragraph 29 paragraph 29 of the word doesn't mention defenses It's an essential point to differentiate and and we've never argued that we have an affirmative defense over against the rent It's simply in the nature of the offset and to make a couple of points to judge Before you move to our off of rules 365 H. I know I noticed your brief didn't talk about it a lot. You know, just Are you saying we don't really need to go there that we can just look at the equitable recruit recoupment? Analysis. No, I think 365 H does apply through the cases such as flagstaff and so forth because the judge judge Kaplan ruled that Well, I know the judge has relied on it, but your brief doesn't seem to get into it too much I know you have to look you I think you know I'm going back to some of the timing judge at the time it I think it was true that that Poll had already sold its interest. So we presumed that we actually mentioned in a footnote I think that we didn't know if your honors were going to consider that look that those interests going forward and still relevant to the case, but but certainly We believe that that 365 H does apply that flagstaff is correctly decided and that judge Kaplan was correctly decided the issue visa V going forward because he puts recruitment within the language of the print Parenthetical portion of H that that that protects it. It's clearly not that reserved We've never said it was what we said before the judge Kaplan, but we lost so we never said before your honors and and to make the point though about the language that that The appellant talks about with regard to the record the three the six million dollar fund and so forth That's not in the record judge. I know he's mentioning that as being an issue. That's of concern to him But for some reason he didn't put it in the record. We didn't put in the record. That's not before your honors It has to do with the issue as to what's due What amount was due as to rent and recoupment amount as of the closing of the casino and That's still relevant. We believe it's still relevant because judge Kaplan ruled in his order that the right to Recruitment would survive both pre and post the rejection of the lease So that's still an issue and that's what we were focusing on it in these papers before the court judge But both both courts below ruled that the Recruitment amount would be allowed as a defense in the context of the suit on the rent due and owing initially to the debtor but then through the assignment to polo at the time of the the sale and the question really I think before this court is Does the 363 sale in any way eviscerate that right of recoupment? I think you're from your honors questions and I think from the from the jurisprudence Folger Adams suggested that defense is not eviscerated by 363 F That being so the question becomes were was the bankruptcy court and district court correct in Determining that recoupment existed in this case and that therefore it should be allowed to continue as a defense as your honors have pointed out You know the order itself preserved it in certain paragraphs as I suggested those paragraphs Cited by the appellant that that he argues cut off those rights do not include Defenses I do not believe there's any Paragraph in the order that actually cuts off off the right of IDA to the defense of recoupment Question obviously is what were the lower courts correct in funding recoupment judge? But both both judges found it Found that the right to the percentage rent and the right to the recoupment amount as a setoff or an offset against that percentage rent We're inextricably linked that they were part of a single integrated transaction and that would be an equitable to allow the other side to get the benefit of the build-out of these very Fancy nightclub and dayclub facilities without taking on the obligations as your honors have pointed out The question of The parties Specifically indicated that that was a material term in the prior case Before the court the fact that the parties indicated that the agreement was a lease was at least a factor that the court considered I think it's relevant here that That the parties have have so indicated that and it's relevant in Contrast to you know to the Westinghouse case that cited because in that case as a matter of fact the courts did not find The integration and I think the senator view as I understand it would for this question the fact is obviously I think clear error and I was looking at Judge Caden's decision in the late which to see whether it gave any further advice as to how that might be applied here But it seems to me in my reading That that this court should should abide by her her and the courts admonition to put a Serious thumb on the scale towards the bankruptcy courts determination here on these factual issues she in that case talks about a kind of a Analysis by taking the historical fact and then applying that historical fact to the case there It was for non statutory insiders and whether there was an arm's-length transaction here the court Had the ability to review the underlying facts and make the application to the recoupment analysis on an equitable basis and I think the standard would be clear error as to the recruitment determination and then once it might Is my understanding correct your first? What's your first argument? It's a 360 fuck 3h. Is that correct? That you basically are entitled to pay the rent under the lease You have operating income after capital depreciation for each of the vendors, right? Well 365 H with the language 65 I think I'm saying 363 is 365 but the other fact just Kaplan was correct in finding that that the recoupment would fit in without With with that provision that spoke about the rights related to the amounts of payment and other obligations. Yes And and if that weren't applicable your second argument is it would be your alternative argument is what? Whether that that with the actual sale itself that 363 F Did not do anything to affect the right of the defendant to assert recoupment as a defense in the lawsuit based on folder Adams, that's correct. And then also that you could evoke the doctrine of equitable recoupment which seemed to be a third Possibility it is so done. Yeah, it's not clear to me how equitable recoupment Differentiates between but I think it does to Renoise point about the the contract being an integrated whole and I think it's very important you know to see that as as an agreement, but I think if you take judge Kaplan's analysis of putting the recoupment as part of the amounts due under the lease I believe that goes to the point of saying you take them the integrity of the document and 365 H allows you to preserve that as So you take that within the scope of what would be due under the lease? And then yes I think that makes sense your honor that equitable recoupment would therefore be a separate argument that under the equities of this case in Which my client put up 16 million dollars and built out luxury the nightclub and dayclub that is unfair And it's not that I'm saying it. This is what this is what judge Kaplan And judge ship said below. It's just inequitable To allow the the recipient to take the benefit of that without getting the obligations and that's part and part of the definition of You know equitable recoupment or rather as as a recoupment in many cases of this circuit You know Both debts must arise out of a single integrated transaction So that it would be an equitable for the debtor to enjoy the benefits of that transaction without meeting its obligations Both courts below found that based upon the amount that was paid and the benefit that was described to the property which Polo benefited from when it then sold to another party. It's equitable recruitment Recoupment a matter of state law as your adversary says you didn't have a chance to answer. Well, you know judge I I thought about that question going through it and and a lot of the the I'm having the other cases don't rely on state law Having trouble differentiating between the concept of recruitment and equitable whether they're separate I think Recruitment in the cases are actually equitable equipment because in our case We had the problem of having a term at recoupment amount in our you know In our in our release and therefore cause that's difficult But but assuming and I think it's true that equitable equipment really is referred to the cases as recruitment Yeah, I thought about that you judge it I'm not quite sure I always think about this issue whether there's such a thing as this federal common law in this area but but it seems like there is I mean these cases that come up are all seem to be in the bankruptcy context and They then when they recite when they cite other cases, it's other bankruptcy cases not underlying state cases To the point that recruitment sometimes the benefits of part. Yes, it does. I mean false if that's there admits that that's part of part of the a part of the dynamic, but that's that's that's just part of the reality because It's it's a equitable Protection of a defense and because a part of the analysis is not only of the integrated nature But the fact that it's inequitable to rule otherwise Thank you very much. Thanks We gave you 25 minutes before so we will keep it to your three minutes, okay? Just three things I might even not need three minutes number one Their claim is not a defense to our claim It's a separate claim our claim out of that six million is for rent They have a claim against that six million and this is why it was never distributed They have a claim for their construction costs. It's not a defense to our claim. It's a separate claim So that's a very critical distinction because when you're talking about defenses to the claim, we're not we're talking about a separate claim Isn't in the lease their relationship between the percentage rent and recoupment amount. No, I don't think they're not no well. Let me let me clear that up the there is a Indirect relationship because of the way, it's calculated It's a formula right, but the formula is not Formula is not exactly the same number one And number two the provisions of the lease itself make it very clear you're talking about two different things, of course I mean, what's the formula the formula is it's based on and and it's an entire it's a different formula based on the revenues Of course, it's based on What's important It's clear that there's a relationship there's an interrelationship that one depends on the other no They're two separate items. They're not silos. They both depend on revenue but neither one depends on the other the rent is due with or without what happens to them and They're entitled to the recoupment of construction costs if they paid them regardless of the rent. Yes, they're both based on revenues That's it. That's the relationship. And of course, they're both going to be based on revenues, but they're two entirely different claims Yeah, but the net that you're going to get on rent is going to be dependent on what the offset is I understand but we have to be precise and and while the net may be the same, you know There may be a net but the other interesting thing is the net is not month-to-month Because the rent is month-to-month and this recoupment is quarterly and and calculated so you don't even get it at the end of the quarter What's what's the what's the amount of rent at the end of a quarter roughly? If it were if there were no, it's been a while since I looked at it. Obviously your honor I don't remember but I can tell you that the rent would exceed. There's no question. The rent would exceed the recoupment understood How much money are we talking about here in terms of the difference? I can look at the lease. Okay And you just thought all I need is a ballpark Actually, the lease isn't going to give you a ballpark and because it's based on the revenue There's no number in the lease. It's a percentage of the revenue Skip that All right Looking at the appellees brief. They cited a couple of provisions from judge Kaplan's you've got very Need to finish up. Okay Just page 11 of their brief. The judge Kaplan said after rejection This is about 365 H after rejection the landlord is no longer obligated to continue to perform under the lease Other than to provide the tenant with possession of the premises and the rights of pertinent thereto And then he cited all those cases that I mentioned earlier. Just one of the things page 5 of my brief Talks about two other paragraphs of the sales order Which says 15 nothing in the sales order shall expand or diminish the possessory interests Won't expand them and then says doesn't help go ahead All right I'm 16 by agreeing to the debtors request to withdraw the portion of the sale motion that seeks a sale free and clear of the Interests the purchaser is not waiving any rights that they have with respect to any arguments Concerning the extent of such parties rights under the applicable non-bankruptcy law and you haven't waived, right? All right. Thank you very much Thank you Thank you to both counsel for well-presented arguments and I would ask that the council get together with the clerk afterwards and have a transcript a pair of this oral argument and to split the cost Thank you very much